DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIMOTHY L. BRADLEY,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2567

[February 8, 2018]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 502016CF008280A.

Cary Haughwout, Public Defender, Narine N. Austin, Assistant Public Defender, West Palm Beach, and Timothy L. Bradley, Lake City.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***